DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Michael.Humphreys@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$158,000.00 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | 2:11-CV-0162-GMN (LRL) |

**DEFAULT JUDGMENT OF FORFEITURE**

The United States filed a verified Complaint for Forfeiture in Rem on January 31, 2011. Docket #1. The Complaint alleges the defendant property:

    a.    was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 United States Code, Section 801, et seq., and is subject to forfeiture to the United States pursuant to 21 United States Code, Section 881(a)(6);

    b.    is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 United States Code, Section 801, et seq., and is subject to forfeiture to the United States pursuant to 21 United States Code, Section 881(a)(6); and

. . .

  c. was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 United States Code, Section 801, et seq., and is subject to forfeiture to the United States pursuant to 21 United States Code, Section 881(a)(6).

It appearing that process was fully issued in this action and returned according to law, excluding Annie K. Adams who has yet to be located to be personally served;

On February 4, 2011, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summons and Warrant of Arrest in Rem. #4, #5.

Pursuant to the Order (#4), the Complaint (#1), the Summons and Warrant (#5), and the Notice of Complaint for Forfeiture were served on the defendant property, and the Notice was published according to law (#6). All persons interested in the defendant property were required to file their claims with the Clerk of the Court within 30 days of the publication of the Notice or within 35 days of actual notice of this action, as applicable, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. #1, #4, #5, #6.

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from February 9, 2011, through to March 10, 2011. #6, p. 2-4.

On July 13, 2011, the United Stated Department of Justice, Asset Forfeiture Unit, caused to be served upon Steven Richard Kall, CDCR #AH0401/California Correctional Center (CCC), the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and Notice by personal service. #7, 19-35.

On August 3, 2011, the United Stated Department of Justice, Asset Forfeiture Unit, caused to be served upon the defendant property, the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice. #7, 2-18.

On August 9, 2011, the Notice of Filing Return on Service of Process was filed. #7.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C. § 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

1. On August 16, 2011, the United States filed a Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #8.

2. On August 17, 2011, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #9.

3. On August 25, 2011, the United States filed a Motion to Withdraw Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #10.

4. On August 30, 2011, the Clerk of the Court entered an Amended Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #11.

Steven Richard Kall is not in the military service within the purview of the Servicemembers Civil Relief Act.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action, excluding Annie K. Adams who has yet to be located to be personally served.

. . .
. . .
. . .
. . .
. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party, excluding Annie K. Adams who has yet to be located to be personally served.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

**DATED** this 2nd day of September, 2011.

_____
Gloria M. Navarro
United States District Judge